THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christopher
 Scott Aragon, Appellant.
 
 
 

Appeal From Fairfield County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No.  2008-UP-307
Submitted June 1, 2008  Filed June 12,
 2008
DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor John R. Justice,
 Sixth of Chester, for Respondent.
 
 
 

PER CURIAM: Christopher Aragon appeals his sentence for distribution
 of methamphetamine and trafficking between 10 and 28 grams of methamphetamine. 
 On appeal, Aragon argues his sentence is unconstitutionally disproportionate
 and constitutes cruel and unusual punishment.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Aragons appeal and grant counsels motion to be relieved. 
DISMISSED. 
HEARN,
 C.J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.